CORKLITE COMPANY, INC., Plaintiff, v. THE RELL REALTY CORPORATION, Defendant. ISAAC GOLDBERG and Others, Respondents; CAPITAL CITY SURETY

* See *post*, p. 761.— [REP.

† Amd. by Laws of 1921, chap. 369.— [REP.

‡ Added by Laws of 1923, chap. 51.— [REP.

COMPANY, Appellant. LOUIS BARON and HYMAN LEBOW, Plaintiffs, v. THE RELL REALTY CORPORATION and Others, Defendants. ISAAC GOLDBERG and Others, Respondents; CAPITAL CITY SURETY COMPANY, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ.